IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 09-40085 |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF COURT</u> |
| | ) | |
| vs. | ) | DATE: 9/8/2010 |
| | ) | |
| STEPHEN J. STRITZEL, | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds        COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

   This matter is before the court for purposes of case management and calendar control.

   The Court hereby ORDERS that the Clerks Office UNSEAL documents 44, 45 and 46.

   It is further ORDERED that the above styled motions are set for hearing on 9/10/2010 at 10:30 a.m. in Benton, IL.

   The courts further STRIKES the 1:30 p.m. setting on 9/10/2010.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk